**NOT RECOMMENDED FOR FULL-TEXT PUBLICATION**
File Name: 05a0906n.06
Filed: November 17, 2005

**No. 04-2423**

**UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT**

| | | |
|---|---|---|
| LARRY TAYLOR, | ) | |
| | ) | |
| Petitioner-Appellant, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| CAROLE HOWES, | ) | ON APPEAL FROM THE UNITED |
| | ) | STATES DISTRICT COURT FOR THE |
| Respondent-Appellee. | ) | EASTERN DISTRICT OF MICHIGAN |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |

**Before: MARTIN, NELSON and ROGERS, Circuit Judges**.

**ROGERS, Circuit Judge.** Larry Taylor appeals the district court's denial of his writ of habeas corpus. After reviewing the record, the parties' briefs, and the applicable law, this court determines that no jurisprudential purpose would be served by a panel opinion and affirms the lower court's decision for the reasons stated in Part IV of Magistrate Judge Whalen's recommendation, as adopted by Judge Tarnow's October 22, 2004 order. The district court properly denied the writ of habeas corpus. Its judgment is therefore AFFIRMED.